INTERNATIONAL MILLING COMPANY v. COLUMBIA TRANSPORTATION COMPANY.[1]

October 17, 1933.

No. 29,814.

*Mitchell, Gillette, Nye & Harries,* for appellant.
*Abbott, MacPherran, Dancer, Gilbert & Doan,* for respondent.

*PER CURIAM.*
Appeal from a judgment. The case was here before and our opinion filed September 1, 1933. 189 Minn. 507, 250 N. W. 186.

For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 250 N. W. 190.
Certiorari granted by United States Supreme Court December 11, 1933. 290 U. S. —, 54 S. Ct. 228, 78 L. ed. 251.